UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASEY INGOLE,

    Plaintiff,

vs.                                       Case No. 8:08-CV-1089-T27-EAJ

CERTAIN UNDERWRITERS
AT LLOYD'S LONDON,

    Defendants.
_____/

## ORDER

The Court has been advised by the mediator (Dkt. 50) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is **DISMISSED WITHOUT PREJUDICE**, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE AND ORDERED** in chambers on this 4th day of August, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record